# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BOOK SCOOP, LLC,<br><br>Defendant. | Case No. 2:22-cv-09248-JFW-KSx<br><br>**PRELIMINARY INJUNCTION** |

On January 17, 2023, the Court heard Plaintiff Quincy Bioscience, LLC's unopposed request for a preliminary injunction and issued its Order granting Plaintiff's request [Docket No. 23].

NOW THEREFORE, the Court hereby **ORDERS** as follows:

Defendant Book Scoop LLC, its officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with Defendant, pending trial on the merits or further order of the Court, **ARE HEREBY RESTRAINED AND ENJOINED** from engaging in the following acts:

1. Using, on or in connection with the manufacture, distribution, sale, offering for sale, advertisement, and/or promotion of any products or services, any copy or colorable imitation of Plaintiff's PREVAGEN® trademark or anything confusingly similar thereto, including U.S. Trademark Registration No. 3,349,744 for the PREVAGEN® mark, which is used in connection with "dietary supplements" in International Class 005 and United States Classes 006, 018, 044, 046, 051, and 052;

2. Reproducing, distributing copies of, and/or displaying to the public the PREVAGEN® trademark or any colorable imitation thereof;

3. Representing directly or indirectly in any form or manner whatsoever that Defendant's business, products, or services are in any manner associated with, sponsored by, or approved by Plaintiff or otherwise taking any action likely to cause confusion, mistake or deception on the part of purchasers as to the source, origin or sponsorship of Defendant's business, products or services; and/or

4. Assisting, aiding, or abetting any person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (3) above.

This Preliminary Injunction shall take effect immediately. Quincy shall not be required to post a bond for issuance of this Preliminary Injunction.

Dated: January 19, 2023

_____
Hon. John F. Walter
Judge, United States District Court

ORDER RE PRELIMINARY INJUNCTION